■ (A) ABILITY SANITATION CORPORATION, Respondent, v. THEODORE BONNEY, Appellant. (B) MAJOR NEWSPAPER AGENCY, INC., Respondent, v.

KATHLEEN S. BONNER, Appellant. (C) JOHN B. WAGNER, Appellant, v. OTIS ELEVATOR COMPANY et al., Respondents. (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK MORGAN, Appellant.— [In each action] Appeal dismissed for failure to comply with previous order.